IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMILY FOGERTY,
a minor child, by and through
MELISSA KEMNER,
her Mother and Next Friend,

Plaintiffs,

v.

BETTY SOTO,

Defendant.                                                         No. 06-CV-0039-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Soto's motion to enlarge time to respond to Plaintiff's complaint (Doc. 9). Said motion is **GRANTED**. The Court **ORDERS** Soto to file her Answer to Plaintiffs' Complaint, Motion to Dismiss Count II of Plaintiffs' Complaint, and Memorandum in Support of Defendant's Motion to Dismiss Count II of Plaintiffs' Complaint *instanter*.

**IT IS SO ORDERED.**

Signed this 6th day of June, 2006.

/s/     David RHerndon
**United States District Judge**