IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **EMILY FOGERTY, by and through** | ) | |
| **MELISSA KEMNER,** | ) | |
| **her Mother and Next Friend,** | ) | Civil No. **06-039-DRH** |
| | ) | |
| Plaintiff, | ) | CJRA Track: **B** |
| | ) | |
| v. | ) | Presumptive Trial Month: |
| | ) | **November, 2007 (jury trial)** |
| **BETTY SOTO,** | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED SCHEDULING ORDER

This matter is before the court for purposes of docket control.

Judge Herndon granted the parties' motion to change the presumptive trial month, and directed the parties to submit a revised scheduling order.  **See, Doc. 22**.  The parties have not done so.

The court hereby enters the following amended scheduling order:

1.      All deadlines in the original scheduling order are vacated.

2.      All discovery shall be completed by **July 10, 2007.**

3.      All dispositive motions shall be filed by **July 24, 2007.**

The settlement conference is reset before Magistrate Judge Proud in accordance with **SDIL-LR 16.3(b)** on **September 27, 2007, at 9:30 a.m.** in the Federal Courthouse, East St. Louis, Illinois.  The parties are to submit their Settlement Statements by **September 13, 2007.**

A Final Pretrial Conference will be set before the trial judge in accordance with **SDIL-LR 16.2(b)**

          **IT IS SO ORDERED**.

          **DATED:   March 13, 2007.**

                              **s/ Clifford J. Proud**
                              **CLIFFORD J. PROUD**
                              **UNITED STATES MAGISTRATE JUDGE**