IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMILY FOGERTY a minor child,**
**by and through Melissa Kemner**
**her Mother and Next Friend,**

     **Plaintiff,**

     vs.                                  Cause No.  06-CV-39 DRH

**BETTY SOTO**

     **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

November 15, 2007                                  By:  s/Patricia Brown
                                                                        Deputy Clerk

APPROVED:  /s/      DavidRHerndon
                  **CHIEF JUDGE**
                  **U.S. DISTRICT JUDGE**